UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETROCCO FARMS, INC. and
FARMINGTON FRESH SALES, LLC,
d/b/a Onions Etc.,

    Plaintiffs,

v.                                      CASE NO: 8:14-cv-2823-T-26AEP

ADVANCE PRODUCE, INC. and
BRITTANI CANALS,

    Defendants.
_____/

## O R D E R

**BEFORE THE COURT** is Plaintiffs' Motion for Continuing Writ of Garnishment Against Salary or Wages (Dkt. 16). After careful consideration of the motion and the entire file, it is **ORDERED AND ADJUDGED** as follows:

1)    Plaintiffs' Motion for Continuing Writ of Garnishment Against Salary or Wages (Dkt. 16) is **GRANTED.**

2)    The Clerk of Court is directed to issue the Continuing Writ of Garnishment Against Salary or Wages in the form attached as Exhibit A to the motion.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2015.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record